E-FILED
Tuesday, 07 August, 2007 04:51:18 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
AUG - 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 07-200 83 |
| | ) | |
| MORRIS L. CORBITT, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1). |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES:**

On or about February 4, 2007, in Kankakee County, in the Central District of Illinois,

**MORRIS L. CORBITT,**

defendant herein, having been previously convicted in a court in the State of Illinois of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Ruger, Mark II, .22 caliber semi-automatic pistol, serial number 223-03645.

In violation of Title 18, United States Code, Sections 922(g)(1).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/J. Childress

RODGER A. HEATON
United States Attorney

ELM