E-FILED
Thursday, 30 August, 2007  09:56:42 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
|    Plaintiff ) | |
| ) | CASE NO. **07-20083-01** |
| **MORRIS L. CORBITT** ) | |
|    Defendant ) | |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:00 P.M.** on **OCTOBER 25, 2007** before the Honorable Michael P. McCuskey.

IT IS FURTHER ORDERED this matter is set for JURY SELECTION and JURY TRIAL at **9:00 A.M.** on **NOVEMBER 5, 2007** before the Honorable Michael P. McCuskey.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 29th day of August, 2007.

                    s/David G. Bernthal
                    DAVID G. BERNTHAL
                    U.S. MAGISTRATE JUDGE