E-FILED
Friday, 31 August, 2007 11:22:24 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | ) ) ) | WARRANT FOR ARREST |
| vs | ) ) ) | **SEALED**<br>CASE NO. 07-20083 |
| MORRIS L. CORBITT | ) ) | |
| Kankakee, IL<br>    Defendant | ) ) | |

FILED
AUG 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

TO:   THE U. S. MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **MORRIS L. CORBITT**, and bring him forthwith to the nearest magistrate judge to answer and Indictment charging him with Possession of a Firearm by a Felon in violation of Title 18, United States Code, Section(s) 922(g)(1).

**DAVID G. BERNTHAL**         **U.S. MAGISTRATE JUDGE**
Name of Issuing Officer       Title of Issuing Officer

s/David G. Bernthal           8/8/07 at Urbana, IL
Signature of Issuing Officer  Date and Location

RECEIVED 2007 AUG -9 A 4:06
U.S. MARSHALS SERVICE
CENTRAL ILLINOIS

**Bail fixed at NONE. To be determined at initial appearance.**

### RETURN
This warrant was received and executed with the arrest of the above named defendant at  Kankakee

| Date Received 8/09/07 | Name of Arresting Officer  Jeffrey Marshall | Signature of Arresting Officer |
| Date of Arrest 8/29/07 | Title of Arresting Officer  ATF | |