E-FILED
Thursday, 15 May, 2008  05:05:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MORRIS L. CORBITT,<br><br>    Defendant | No.: 07-20083 |

### DEFENDANT'S SENTENCING EXHIBIT

Now comes the Defendant, MORRIS L. CORBITT, by his attorneys, RICHARD H. PARSONS and JOHN TAYLOR of the Federal Public Defender's Office, and pursuant to Fed. R. Crim. P. 32(h)(i)(1)(C), hereby enters the following exhibits into evidence to support his oral commentary and in lieu of witness testimony regarding his appropriate sentence:

1.Exhibit A through I: Character Reference Letters.

                              Respectfully Submitted,

                              MORRIS L. CORBITT, Defendant

                              RICHARD H. PARSONS
                              Federal Public Defender

                                  s/John Taylor
                        BY:_____
                              JOHN TAYLOR
                              Assistant Federal Public Defender
                              300 West Main Street
                              Urbana, Illinois 61801
                              Telephone: (217) 373-0666
                              Facsimile:  (217) 373-0667
                              Email: john_taylor@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Eugene L. Miller.

                                                s/John Taylor
                                          _____
                                          JOHN TAYLOR
                                          Assistant Federal Public Defender
                                          300 West Main Street
                                          Urbana, Illinois 61801
                                          Telephone: (217) 373-0666
                                          Facsimile : (217) 373-0667
                                          Email: john_taylor@fd.org

May 13, 2008

Gloria Cobbs
945 Country Club Dr.
Kankakee, Illinois 60901

Dear Mr. Taylor:

My name is Gloria Cobbs, a cousin of Morris Corbitt. I am writing this letter in reference of Morris. I have known Morris all of his life, he was raised by a single parent his mother, Mary Corbitt whom he loves and respect dearly.

Morris is a wonderful dad and the father of two beautiful children.
He spends most of his free time with his children at school functions, skating, fishing, or in the park playing.

Morris is full of fun and it is pleasant to be around him. I have never known his to start any arguments or fights. On several occasions Morris turned his back and walked away stating "it is not worth my time". He will help anyone and give them the shirt off his back if needed. I see Morris as a hard working man who work everyday he is scheduled to work and will work over time if it is available. Morris is a man who loves life, his family, and freedom.


Sincerely,

s/ Gloria Cobbs

Gloria Cobbs
Family Support Specialist

Exhibit A

5/10/08

Dear Mr Taylor,
I have known Moris Corbitt for 13 yrs. Because I am currently married to his cousin. And as far as I know Moris is a very good hard working father and outstanding young man. He usually thinks of others before himself. Moris is a very quiet and observing person that usually stays to himself.

s/ James Walker

Exhibit B

May 13, 2008

Honorable Judge Michael McCluskey
201 South Vine St
Urbana Illinois 61820

Honorable Judge McCluskey:

    I have had the pleasure of knowing Morris for the past 18 years. I have watched Morris grow from a tall wiry young man throwing a foot ball in my front yard to a man of great integrity, extremely dedicated to his children, his mother and work, who is peace-loving and has an excellent rapport with people of all ages.
    During the years of our acquaintance, I have known Morris in many capacities. He has been a friend and a support system to my son and now a mentor to my teen-age grandson. By example, Morris taught my grandson not only the value of helping others, but the importance of loyalty and commitment.
    Morris is an intelligent, capable, dedicated, and personable young man. The Morris that I have grown to know is always quick on his feet, with sensible reactions in all the circumstances I've seen him in. I feel confident in saying that Morris is capable of handling any situation with thoughtfulness and maturity.
    I have observed Morris and listened to him as he has expressed remourse, apologizing unreservedly during this recent ordeal and it is my belief that he has paid for his behavior in stress, and material possessions. With the exception of this ordeal, Morris has been known for acting sensibly, he made a wrong choice, is paying his dues, has been making right choices since, and I am very proud of him.
    I have worked in the Department of Corrections and Department of Children and Family services for many years and I know the difference between some one that after a lifetime of responsible behavior makes a wrong choice and that of someone with habitual inappropriate societal behaviors. Morris is not the later of the two. I could continue with descriptions of Morris's many other good qualities- his energy, and his creativeness to name a few. Instead I would simply like to say that words couldn't express how much I think of Morris and request that the Champaign County Court System exercise its discretion for leniency in the case of Morris Corbett.

I'm happy to provide further information if required

Norma J. Napper.

Exhibit C

Attn: John Taylor

217-373-0667

To whom it may concern

I have known Morris Corbitt for more than 20 years, he has always been a kind and caring person.

He is hard working man who is family oriented. We have a great love and respect for him.

He is someone you can count on, his word is his bond. If you need anything, he is the first to offer help.

Sincerely
Kenneth and Marjorie Tyler
s/Kenneth Tyler    s/Marjorie Tyler

Exhibit D

Attn: John Taylor

217-373-0667

Iretha Sidney
584 N Industrial
Kankakee IL

To whom it may Concern:

I have known Morris Corbitt about three years. To my knowledge Morris have been a very Respectful Person, and always a very Good father to His kids for Morris to Be a Hard working young man I admired Him for being The person He is. Every Time I See Morris He Have a smile on His face. if you need more information concerning this young man I will gladly Respond. Thank you for allowing me to Speak on his Behalf

Sincerely
s/Iretha Sidney

Exhibit E

Atty: John Taylor  4 pages

5/13/08

To whom it may concern,

My name is Mary Corbitt, Moris Corbitt's mother, as a son Moris is very respecful to me and other adults at his age now he will still say yes mam and no sir. He has two lovely children he loves and care for he is a good father to his childrens. he will shop, babysit, cook, clean, and bath. Moris is not a trouble maker or the type of person who keep up confusion but he will protect himself if needed. As a mother I do not uphold for my son when he is wrong anyone know me would tell you I'll be the first to turn him in for something he has done wrongfully. Thank you for your time and consideration.

Sincerly,
s/Mary Corbitt

Exhibit F

5/12/08

To whom it may concern.
I know Moris Corbitt through the family. When I met him, I got a good impression of him. I have known Moris about five years, he good person and very well liked. Moris hards works hard to support is children, he more as a family man.

s/Eugene Collins

Exhibit G

5/12/08

To whom this concern,

I have known Morris Corbitt all his life. Mr. Corbitt is a respectable young man. He is hard working and also a family man. I known him to be well mannered, he not a violent person. On number of occasion I have seen him walk away from confrontation, saying forget it, that not me. Over all Morris is a good person, someone you would like to be around, he's always with a smile and a kind word.

s/Margaret Kizer

Exhibit H

5/12/08

To Whom it may concern.
My name is Lakisha Moen.
U have know Moris Corbitt. For about two years. And U have lived with him for the last 8 months. He's a very kind and respectful person. U know his loves his kids And he's a very hard worker. He really likes his Job.

Sincerely
s/Lakisha Moen

Exhibit I