**Bertram Trucking Inc.**

May 14, 2008

FILED
MAY 1 6 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

To Whom It May Concern,

In regards to Moris Corbitt:

Moris drives for Neblock Trucking, Inc. Mr. Neblock has had his trucks leased to our company for the past few years.

I have found Moris to be committed, hard working and sincere when it comes to dealing with his job. He has shown me and the other employees nothing but the greatest respect. He has always tried to make the extra effort in a field that can be pretty unappreciative. My customers are quick to point out problem drivers and have always called Moris cooperative, pleasant and patient.

As far as his recent problems, he has tried very hard to miss as little work as possible and I feel it would be a shame and of no benefit to anyone for Moris to be incarcerated. I feel he has gone the extra mile to show that he is making every effort to clean up his act. With so many "hard cases" out there would we not be feeding him to the wolves?

Sincerely,

*Janet Bertram*
Janet Bertram